# United States District Court
# Central District of California
# Western Division

| | |
|---|---|
| CONSTANTIN CRISTIAN PAUNA, <br><br> Plaintiff, <br><br> v. <br><br> ZURICH INSURANCE COMPANY, *et al.*, <br><br> Defendants. | ED CV 19-01365 TJH (SPx) <br><br><br> **Order to Show Cause** |

    **It is Ordered** that Plaintiff shall show cause, if any, as to why Defendant AAA Freight, Inc. should not be dismissed for failure to serve within the time limits imposed by Fed. R. Civ. P. 4.

    Plaintiff shall file a written response to this Order to Show Cause by August 10, 2020. Any brief in opposition to Plaintiff's written response shall be filed no later than seven days after Plaintiff's response is filed. Plaintiff may file a rely brief to any opposition no later than seven days after any opposition brief is filed.

Date: July 23, 2020

                                                          _____
                                                                Terry J. Hatter, Jr.
                                                      Senior United States District Judge